#111 #128366

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED 2010 MAR 23 PM 2:43

In re: ) Case Number: 09-33872

Kevin J. and Julie A. Leibold, ) Chapter 7

Debtors. ) JUDGE RICHARD L. SPEER

### REPORT OF DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned Trustee of the above-named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Firelands Radiology | 54 Executive Drive<br>Norwalk, OH 44857 | $4.16 |

Check number 111 in the amount of $4.16 payable to the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Respectfully submitted,

March 18, 2010

/s/ Louis J. Yoppolo
Louis J. Yoppolo, Trustee
1200 Edison Plaza
300 Madison Avenue
Toledo, Ohio 43604-1556
Phone: (419) 243-6281
Fax: (419) 243-0129